UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROTHERS, et al.,<br><br>Defendants. | No. 2:24-cv-00014-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 2, 6, 8) |

Plaintiff Gregory Scott Van Huisen, proceeding *pro se*, initiated this civil action on January 3, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed as frivolous because "[r]eview of the complaint shows that it is largely unintelligible and does not present plausible factual allegations or legally coherent theories of liability establishing a claim for relief" against the named defendants Warner Brothers and Leonardo DiCaprio. (Doc. No. 6 at 3.) In addition, the magistrate judge recommended that plaintiff's pending application to proceed *in forma pauperis* (Doc. No. 2) be denied. (*Id.* at 1, 4.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service.

/////

1

1  (*Id.* at 4.)  On January 22, 2024, plaintiff filed objections to the pending findings and
2  recommendations.  (Doc. No. 10.)
3       As with his complaint, plaintiff's objections are largely unintelligible, consisting of a
4  single page of rambling, non-sensical phrases.  (*Id.*)  Plaintiff's objections simply do not provide
5  any basis upon which to reject the pending findings and recommendations.
6       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the
7  court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,
8  including plaintiff's objections, the court concludes that the findings and recommendations are
9  supported by the record and proper analysis.
10       Accordingly:
11     1.   The findings and recommendations issued on January 16, 2024 (Doc. No. 6) are
12          adopted in full;
13     2.   This action is dismissed as frivolous and due to plaintiff's failure to state a
14          cognizable claim for relief;
15     3.   Plaintiff's applications to proceed *in forma pauperis* (Doc. Nos. 2, 8) are denied;
16          and
17     4.   The Clerk of the Court is directed to close this case.
18     IT IS SO ORDERED.
19  Dated:  **April 16, 2024**
20                                          DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

2